**Kurt Robert DAVIS, Appellant,**

v.

**MONTGOMERY COUNTY NEWSPAPER,**
Appellee.

No. 03–2580.

United States Court of Appeals,
Eighth Circuit.

Submitted Sept. 24, 2003.

Decided Sept. 30, 2003.

Kurt Robert Davis, pro se, Adelanto, CA, for Plaintiff–Appellant.

Before RILEY, HANSEN, and SMITH, Circuit Judges.

PER CURIAM.

Arkansas inmate Kurt Davis appeals the district court's [1] preservice dismissal of his 42 U.S.C. § 1983 action. Having carefully reviewed the record, *see Moore v. Sims,* 200 F.3d 1170, 1171 (8th Cir.2000) (per curiam), we affirm for the reasons stated by the district court. *See* 8th Cir. R. 47A(a). We also deny appellant's pending motion.

1. The Honorable Robert T. Dawson, United States District Judge for the Western District of Arkansas, adopting the report and recommendations of the Honorable Bobby E. Shepherd, United States Magistrate Judge for the Western District of Arkansas.